UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD JAMES HILLS,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | CASE NO. 2:22-cv-01296-TL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND |

  This matter is before the Court on Plaintiff's motion for an extension of time to respond to Defendant's motion to dismiss. Dkt. No. 17. Specifically, Plaintiff requests that he be allowed to respond to Defendant's motion on January 17, 2023. *Id*. at 3.

  On September 19, 2022, Plaintiff, proceeding *pro se*, filed a complaint alleging Defendant prevented him from applying for Social Security benefits. *See* Dkt. No. 6 at 2–6. On November 18, 2022, Defendant filed a motion to dismiss Plaintiff's complaint under Fed. R. Civ. P. 12(b)(6) and noted it for the Court's consideration on December 16, 2022. Dkt. No. 14. After Plaintiff filed the present motion on December 14, 2022, Defendant filed a response stating no objection to Plaintiff's request for additional time. *See* Dkt. Nos. 17, 19.

  Under Local Civil Rule 7(d), any opposition papers in response to a party's motion to dismiss "shall be filed and served not later than the Monday before the noting date." Because Defendant's motion to dismiss was noted for December 16, 2022, to comply with LCR 7(d),

ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME TO RESPOND - 1

Plaintiff was required to file his opposition no later than December 12, 2022. Plaintiff failed to do so here. But in view of Plaintiff's *pro se* status, and considering Defendant has no objection to Plaintiff's request, the Court GRANTS Plaintiff's motion for an extension of time to respond. Accordingly, it is hereby ORDERED that Plaintiff shall have **up to January 17, 2023**, to respond to Defendant's motion to dismiss, and Defendant shall have **up to January 27, 2023**, to file a reply to Plaintiff's response. The motion to dismiss shall be renoted for consideration on January 27, 2023.

Dated this 16th day of December 2022.

Tana Lin
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND TIME TO RESPOND - 2